No. 4940.—Vázquez, aplda., v. López, aplte.—C. D. San Juan. ▬▬▬ Mayo 7, 1929. No encontrándose un verdadero motivo legal para desestimar la apelación, y no encontrándose tampoco que el apelante ha dejado de tratar de obtener las notas taquigráficas; vista la resolución dictada en el caso No. 4657, *Orange Rice Milling Co.* v.

*Angel Barasorda,* en abril 8, 1929, se declara sin lugar la moción para desestimar.